**United States District Court**
**For the Northern District of California**

*E-Filed 8/1/12*

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

SAN FRANCISCO DIVISION

| | |
|---|---|
| MICHAEL ROMERO, | No. C 12-1084 RS (PR) |
| Plaintiff, | **ORDER DISMISSING COMPLAINT WITH LEAVE TO AMEND** |
| v. | |
| S. ELLERY, et al., | |
| Defendants. | |

This is a federal civil rights action. Plaintiff's motion to extend time to file his first amended complaint (Docket No. 5) is GRANTED. **Plaintiff shall file his amended complaint on or before September 15, 2012.** Failure to file on or before September 15, 2012 will result in the dismissal of the action under Federal Rule of Civil Procedure 41(b) for failure to prosecute. The Clerk shall terminate Docket No. 5.

**IT IS SO ORDERED**.

DATED: August 1, 2012

RICHARD SEEBORG
United States District Judge