1  KAMALA D. HARRIS
   Attorney General of California
2  DANIELLE F. O'BANNON
   Supervising Deputy Attorney General
3  D. ROBERT DUNCAN
   Deputy Attorney General
4  State Bar No. 161918
    455 Golden Gate Avenue, Suite 11000
5   San Francisco, CA  94102-7004
    Telephone:  (415) 703-5739
6   Fax:  (415) 703-5843
    E-mail:  Robert.Duncan@doj.ca.gov
7  *Attorneys for Defendants*
   *J. Anderson, M. Cate, M. Creed, S. Ellery, B.*
8  *Grenert, P. Harman, G. Lewis, K. Ohland, R. Tupy,*
   *and T. Wood*
9

10                IN THE UNITED STATES DISTRICT COURT

11               FOR THE NORTHERN DISTRICT OF CALIFORNIA

12                        SAN FRANCISCO DIVISION

13

| | |
|---|---|
| **MICHAEL ROMERO,** | C 12-1084 RS (PR) |
| Plaintiff, | **DEFENDANTS' REQUEST TO CHANGE TIME TO FILE A DISPOSITIVE MOTION** |
| v. | |
| **S. ELLERY, et al.,** | |
| Defendants. | |

TO PLAINTIFF MICHAEL ROMERO, PRO SE:

PLEASE TAKE NOTICE that Defendants J. Anderson, M. Cate, M. Creed, S. Ellery, B. Grenert, P. Harman, G. Lewis, K. Ohland, R. Tupy, and T. Wood request to change the time of the Court's April 17, 2013 deadline to file a dispositive motion, up to and including June 17, 2013.

//

//

1

Defs.' Request Change Time File Disp. Mot.               *Romero v. Ellery, et. al.*,   (C 12-1084 RS (PR))

As explained in detail by the supporting declaration of Robert Duncan, this extension will allow counsel additional time to acquire the documents, declarations and other evidence necessary to support the planned dispositive motion.

Dated: April 17, 2013

Respectfully submitted,

KAMALA D. HARRIS
Attorney General of California
DANIELLE F. O'BANNON
Supervising Deputy Attorney General

/s/ D. Robert Duncan
D. ROBERT DUNCAN
Deputy Attorney General
*Attorneys for Defendants
J. Anderson, M. Cate, M. Creed, S. Ellery, B. Grenert, P. Harman, G. Lewis, K. Ohland, R. Tupy, and T. Wood*

SF2012304500
20685676.doc

2

Defs.' Request Change Time File Disp. Mot.    *Romero v. Ellery, et. al.*,  (C 12-1084 RS (PR))

# CERTIFICATE OF SERVICE

Case Name:  **Romero v. Ellery, et al.**          No.  **C 12-1084 RS**

I hereby certify that on April 17, 2013, I electronically filed the following documents with the Clerk of the Court by using the CM/ECF system:

**DEFENDANTS' REQUEST TO CHANGE TIME TO FILE A DISPOSITIVE MOTION**

**DECLARATION OF R. DUNCAN IN SUPPORT OF DEFENDANTS' REQUEST TO CHANGE TIME TO FILE DISPOSITIVE MOTION**

**[PROPOSED] ORDER CHANGING THE TIME TO FILE A DISPOSITIVE MOTION**

Participants in the case who are registered CM/ECF users will be served by the CM/ECF system.

I am employed in the Office of the Attorney General, which is the office of a member of the California State Bar at which member's direction this service is made. I am 18 years of age or older and not a party to this matter. I am familiar with the business practice at the Office of the Attorney General for collection and processing of correspondence for mailing with the United States Postal Service. In accordance with that practice, correspondence placed in the internal mail collection system at the Office of the Attorney General is deposited with the United States Postal Service with postage thereon fully prepaid that same day in the ordinary course of business.

I further certify that some of the participants in the case are not registered CM/ECF users. On April 17, 2013, I have caused to be mailed in the Office of the Attorney General's internal mail system, the foregoing document(s) by First-Class Mail, postage prepaid, or have dispatched it to a third party commercial carrier for delivery within three (3) calendar days to the following non-CM/ECF participants:

**Michael Romero
(K-29169)
Pelican Bay State Prison
P.O. Box 7000
Crescent City, CA  95531-7000**
*Pro Se*

I declare under penalty of perjury under the laws of the State of California the foregoing is true and correct and that this declaration was executed on April 17, 2013, at San Francisco, California.

|  L. Santos  |  /s/ L. Santos  |
|:---:|:---:|
| Declarant | Signature |

20686320.doc