1  KAMALA D. HARRIS
   Attorney General of California
2  DANIELLE F. O'BANNON
   Supervising Deputy Attorney General
3  D. ROBERT DUNCAN
   Deputy Attorney General
4  State Bar No. 161918
    455 Golden Gate Avenue, Suite 11000
5   San Francisco, CA  94102-7004
    Telephone:  (415) 703-5739
6   Fax:  (415) 703-5843
    E-mail:  Robert.Duncan@doj.ca.gov
7  *Attorneys for Defendants*
   *J. Anderson, M. Cate, M. Creed, S. Ellery, B.*
8  *Grenert, P. Harman, G. Lewis, K. Ohland, R. Tupy,*
   *and T. Wood*

IN THE UNITED STATES DISTRICT COURT

FOR THE NORTHERN DISTRICT OF CALIFORNIA

SAN FRANCISCO DIVISION

| | |
|---|---|
| **MICHAEL ROMERO,** | C 12-1084 RS (PR) |
| Plaintiff, | **DECLARATION OF R. DUNCAN IN SUPPORT OF DEFENDANTS' REQUEST TO CHANGE TIME TO FILE DISPOSITIVE MOTION** |
| v. | |
| **S. ELLERY, et al.,** | |
| Defendants. | |

I, ROBERT DUNCAN, declare and state:

1. I am employed by the Office of the California Attorney General as a Deputy Attorney General in the Correctional Law Section and I am assigned to represent Defendants J. Anderson, M. Cate, M. Creed, S. Ellery, B. Grenert, P. Harman, G. Lewis, K. Ohland, R. Tupy, and T. Wood.

1

Decl. Duncan Supp. Defs.' Req. Change Time File Disp. Mot. *Romero v. Ellery, et. al., et. al.*, (C 12-1084 RS (PR))

2. On March 5, 2012, Defendants J. Anderson, M. Cate, M. Creed, S. Ellery, B. Grenert, P. Harman, G. Lewis, K. Ohland, R. Tupy, and T. Wood filed a notice of removal from Del Norte County Superior Court to the Northern District of California and filed a waiver of reply

3. On January 17, 2013, the Court screened this pro-se prisoner's First Amended Complaint under 28 U.S.C. § 1915A. This Court found that Plaintiff stated cognizable § 1983 claims against the Defendants (with the exception of Defendant J. Anderson) and ordered service on Defendants M. Cate, M. Creed, S. Ellery, B. Grenert, P. Harman, G. Lewis, K. Ohland, R. Tupy, T. Wood, and M. Sayre. The screening order directed the Defendants file a motion for summary judgment or other dispositive motion within ninety days of the date of its Order of Service, resulting in an April 17, 2013, deadline.

4. Additional time is necessary to locate and procure potentially relevant documents that are necessary to complete the dispositive motion. Also I have not been able to locate and interview all the potentially relevant declarants.

5. Moreover, during the time since the Court screened Plaintiff's First Amended Complaint on January 17, 2013, I have been engaged in the following matters in addition to other case-related work:

    a) On January 29, 2013 and February 13, 2013, I participated in mediation conferences in *Cotton v. Cate, et al.*, No. 12-15829 (9th Cir. Apr. 12, 2012);

    b) On February 13, 2013, I filed a motion to declare plaintiff a vexatious litigant in *Peoples v. Hartmetz, et al.*, Monterey County Superior Court, No. M119284, and on March 15, 2013 and April 12, 2013, I attended hearings for the motion;

    c) On February 7, 2013, I filed a request for a screening order in *Richardson v. Reyes*, No. 12-0310 (N.D. Cal filed Jan. 20, 2012) and on February 26, 2013, I filed a joint case management statement;

    d) I have also been actively involved in litigating *Washington v. Sandoval*, No. 10-0250 (N.D. Cal. filed Jan. 19, 2010); I filed an answer to an amended complaint on January 30, 2013, I attended a settlement conference on January 30, 2013, I served a privilege log and supplemental responses to requests for production of

2

Decl. Duncan Supp. Defs.' Req. Change Time File Disp. Mot. *Romero v. Ellery, et. al., et. al.*, (C 12-1084 RS (PR))

documents on February 21, 2013, I defended the deposition of a correctional officer on March 8, 2013, I responded to a subpoena to produce documents on March 15, 2013, I responded to requests to produce documents on March 22, 2013, I filed an opposition to a motion to compel discovery on March 25, 2013, I deposed an inmate on March 25, 2013, I deposed another inmate on March 26, 2013, I attended a motion to compel discovery hearing on March 27, 2013, and I filed a joint stipulated protective order on April 8, 2013.

6. I anticipate that an additional sixty-one days should provide sufficient time to thoroughly review the documents and complete the dispositive motion. The extension will place the deadline on June 17, 2013.

7. I have not attempted to contact Plaintiff Romero for a stipulated request to extend time because he is a pro-se state prisoner who is not easily available by telephone. Because Plaintiff is a prisoner, it is also difficult to deliver this motion for an extension of time on the same day it is filed. Thus, Defendants are serving it by the most expedient means available, first-class mail.

8. For these reasons, Defendants request an extension of the deadline, up to including June 17, 2013.

9. The requested extension of time will have minimal impact on the schedule for the case, and no other deadlines will be affected.

10. This request is not made for any purpose of harassment, undue delay, or any improper reason.

I declare under penalty of perjury that the foregoing is true and correct. Executed at San Francisco, California, April 17, 2013.

/s/ D. Robert Duncan
D. ROBERT DUNCAN
Deputy Attorney General

3

Decl. Duncan Supp. Defs.' Req. Change Time File Disp. Mot. *Romero v. Ellery, et. al., et. al.*, (C 12-1084 RS (PR))