*E-Filed 4/19/13*

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

SAN FRANCISCO DIVISION

| | |
|---|---|
| MICHAEL ROMERO, | No. C 12-1084 RS (PR) |
| Plaintiff, | **ORDER EXTENDING TIME** |
| v. | |
| S. ELLERY, et al., | |
| Defendants. | |

Defendants' motion to extend time to file a dispositive motion or notice regarding such motion (Docket No. 21) is GRANTED. Such motion or notice shall be filed on or before July 15, 2013. The Clerk shall terminate Docket No. 21.

**IT IS SO ORDERED**.

DATED: April 19, 2013

RICHARD SEEBORG
United States District Judge