*E-filed 5/9/13*

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

SAN FRANCISCO DIVISION

| | |
|---|---|
| MICHAEL ROMERO, | No. C 12-1084 RS (PR) |
| Plaintiff, | **ORDER DENYING MOTION FOR LEAVE TO FILE AN AMENDED COMPLAINT** |
| v. | |
| S. ELLERY, et al., | |
| Defendants. | |

Plaintiff has filed a second amended complaint, which the Court construes as containing a motion for leave to file an amended complaint (Docket No. 25).  So construed, it is DENIED.  Docket No. 25 is stricken and shall constitute no part of this action.

**IT IS SO ORDERED**.

DATED:  May 9, 2013

_____
RICHARD SEEBORG
United States District Judge