UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| MICHAEL ROMERO,<br><br>    Plaintiff,<br><br>    v.<br><br>S. S. ELLERY, et al.,<br><br>    Defendants. | Case No. 12-cv-01084-WHO<br><br>**ORDER STAYING DISCOVERY** |

Defendants move to dismiss this federal civil rights action, citing, among other defenses, qualified immunity. Accordingly, plaintiff Romero's motion for leave to propound additional interrogatories (Docket No. 50) is DENIED without prejudice to his filing for such leave after the question of qualified immunity has been decided. Defendants' motion to deny Romero's motion for leave and to stay discovery pending resolution of the motion to dismiss (Docket No. 51) is GRANTED. Discovery is hereby STAYED until the Court rules on the motion to dismiss. The Clerk shall terminate Docket Nos. 50 and 51.

    **IT IS SO ORDERED.**

**Dated:** January 22, 2014

                                                WILLIAM H. ORRICK<br>
                                                United States District Judge

UNITED STATES DISTRICT COURT

FOR THE

NORTHERN DISTRICT OF CALIFORNIA

MICHAEL ROMERO,

        Plaintiff,

  v.

S ELLERY et al,

        Defendant.

Case Number: CV12-01084 WHO

**CERTIFICATE OF SERVICE**

I, the undersigned, hereby certify that I am an employee in the Office of the Clerk, U.S. District Court, Northern District of California.

That on January 22, 2014, I SERVED a true and correct copy of the attached, by placing said copy in a postage paid envelope addressed to the person hereinafter listed, by depositing said envelope in the U.S. Mail.

Michael Romero K-29169
Pelican Bay State Prison D4-106
P.O. Box 7500
Crescent City, CA 95532

Dated: January 22, 2014

Richard W. Wieking, Clerk
By: Jean Davis, Deputy Clerk