In re: Michael Romero v. S. Ellery, et. al.
12-cv-01084-WHO (PR) (N.D. Cal.)

To: The Clerk...

On September 15, 2014 the court ordered that the defendants motion to dismiss be denied and that our case be referred to Judge Vadas for settlement conference within 180 days of the courts order.

I have not heard from the court since and I am only writing because there have been several problems with the delivery of legal mail here in the Security Housing Unit and I do not want to miss any deadlines that the court issues. I just want to ask if any date/order has been mailed since the September 15, 2014 order. Thank you very much for your time.

Date: 1/4/14

Respectfully Submitted,

M. Romero
Michael Romero
Plaintiff, Pro Se

FILED
JAN 16 2015
RICHARD W. WIEKING
CLERK, U.S. DISTRICT COURT
NORTHERN DISTRICT OF CALIFORNIA



Michael Romero K29169
P.B.S.P. D4-106
P.O. Box 7500
Crescent City, CA 95532

CONFIDENTIAL
LEGAL
MAIL

Office of the Clerk, US District Court
Northern District of California
450 Golden Gate Avenue
San Francisco, CA 94102

CONFIDENTIAL
LEGAL
MAIL

PELICAN BAY STATE PRISON
SECURITY HOUSING UNIT
UNIT D-4