UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

EUREKA DIVISION

| | |
|---|---|
| MICHAEL ROMERO,<br><br>    Plaintiff,<br><br>v.<br><br>S.S. ELLERY, et al,<br><br>    Defendants.<br>_____/ | No. 3:12-CV-1084 WHO (NJV)<br><br>NOTICE AND ORDER SETTING SETTLEMENT CONFERENCE IN PRO SE PRISONER EARLY SETTLEMENT PROGRAM, REQUIRING MEET AND CONFER, AND SETTING STATUS CONFERENCE |

TO ALL PARTIES AND COUNSEL OF RECORD:

You are hereby notified that a settlement conference is scheduled in this case for 10:00 a.m. on February 20, 2015, at Pelican Bay State Prison.

Defense counsel is ORDERED to meet and confer telephonically with Plaintiff to discuss settlement of this case no later than two weeks before the settlement conference. The legal representative of the CDCR must be present at this telephonic meeting.

The matter is HEREBY SET for a telephonic status conference on February 10, 2015, at 1:00 p.m. The parties shall dial 888-684-8852 and enter access code 1868782. At the status conference, the parties shall report on the outcome of their meeting regarding settlement. Defense counsel is asked to arrange for the telephonic appearance of Plaintiff.

Lead trial counsel shall appear at the settlement conference with the parties and persons having **full authority** to negotiate and settle the case. **A person who needs to call another person not present before agreeing to any settlement does not have full authority. To the extent that such consultations are necessary, they must be made in advance of the settlement conference.**

Personal attendance of a party representative will rarely be excused by the Court, and then only upon separate written application demonstrating substantial hardship served on opposing counsel and lodged as early as the basis for the hardship is known.

Confidential settlement conference statements shall be mailed or emailed (NJVpo@cand.uscourts.gov) to and received by chambers no later than February 12, 2015. The parties shall report on the outcome of their settlement discussions in their settlement conference statements.

Any request to continue the settlement conference shall state the reason therefor and be submitted in writing as soon as possible well in advance of the scheduled conference date. Requests to vacate the settlement referral must be made to the *referring* Judge, not Magistrate Judge Vadas.

The parties shall notify the undersigned's Chambers immediately at (707) 445-3612 if this case settles prior to the date set for the settlement conference.

IT IS SO ORDERED.

Dated: January 26, 2015

_____
NANDOR J. VADAS
United States Magistrate Judge

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

EUREKA DIVISION

| | |
|---|---|
| MICHAEL ROMERO, | No. 3:12-CV-01084 WHO (NJV) |
| Plaintiff, | |
| v. | CERTIFICATE OF SERVICE |
| S. S. ELLERY, et al., | |
| Defendants. | |

I, the undersigned, hereby certify that on January 26, 2015, I SERVED a true and correct copy of the attached, by placing said copy in a postage paid envelope addressed to the person(s) listed below, by depositing said envelope in the U.S. Mail.

Michael Romero
K-29169
Pelican Bay State Prison D4-106
P.O. Box 7500
Crescent City, CA 95532

Litigation Coordinator
Pelican Bay State Prison
P.O. Box 7000
Crescent City, CA 95531-7000

/s/ Linn Van Meter
_____
Linn Van Meter
Administrative Law Clerk to
the Honorable Nandor J. Vadas

3