Re: Michael Romero v. S.S. Ellery, et al.,
No. 3:12-CV-1084 WHO (NJV)

To: The Clerk

I am writing because I am currently litigating the above referenced case and am having a lot of difficulty gaining law library access here in the Security Housing Unit at Pelican Bay. As a result I am respectfully requesting a copy of the local rules of the Northern District court including any ADR materials that I may need in future litigation. I am pro se and proceeding In forma Pauperis so I am hoping the court can provide these documents as I am indigent w/ no outside resources or final support.

                   Thank You Very Much

Date: 1/29/15                    Respectfully Submitted

                                 M. Romero
                                 Michael Romero
                                 Plaintiff Pro Se

FILED
RECEIVED
FEB - 6 2015
RICHARD W. WIEKING
CLERK, U.S. DISTRICT COURT
NORTHERN DISTRICT OF CALIFORNIA

Michael Romero  K29169
P.B.S.P. D4-106
P.O. Box 7500
Crescent City, CA 95532



United States District Court
3140 Boeing Avenue
McKinleyville, CA 95519

9410 2023 3489

EUREKA CA 955
04 FEB 2015 PM 1 L

**Office of the Clerk**
**U.S. District Court**
**Northern District of California**
**450 Golden Gate Ave., Box 36060**
**San Francisco, CA 94102**

Mountain Bluebird
forever USA

Michael Romero K29169
P.B.S.P. D4-106
P.O. Box 7500
Crescent City, CA 95532

CONFIDENTIAL
LEGAL
MAIL

PELICAN BAY STATE PRISON
SECURITY HOUSING UNIT
UNIT D

Office of the Clerk
Northern District Court
3140 Boeing Avenue
McKinleyville, CA 95519



1-20-15

CONFIDENTIAL
LEGAL
MAIL