# OFFICE OF THE CLERK
# UNITED STATES DISTRICT COURT
# Northern District of California

## CIVIL MINUTES

**Date:** February 10, 2015     **Time:** 1:15-1:16     **Judge:** NANDOR J. VADAS
**Case No.**: 12-cv-01084-WHO     **Case Name:** Romero v. Ellery

**Attorney for Plaintiff:** No Appearance
**Attorney for Defendant:** Bob Duncan by phone

**Deputy Clerk:** Gloria Knudson     **Court Reporter:** FTR

## PROCEEDINGS

Status Conference held.

**Order to be prepared by:**
[ ]   Plaintiff     [ ]   Defendant     [ ]   Court

Settlement Conference remains set.
Parties should note that the Eureka Division is now located at 3140 Boeing Avenue, McKinleyville, CA 95519.

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

MICHAEL ROMERO,

    Plaintiff,

  v.

S. S. ELLERY, et al.,

    Defendants.

Case No.  12-cv-01084-WHO   (NJV)

**CERTIFICATE OF SERVICE**

I, the undersigned, hereby certify that I am an employee in the Office of the Clerk, U.S. District Court, Northern District of California.

That on 2/17/2015, I SERVED a true and correct copy(ies) of the attached, by placing said copy(ies) in a postage paid envelope addressed to the person(s) hereinafter listed, by depositing said envelope in the U.S. Mail, or by placing said copy(ies) into an inter-office delivery receptacle located in the Clerk's office.

Michael Romero ID: K-29169
Pelican Bay State Prison D4-106
P.O. Box 7500
Crescent City, CA 95532

Dated: 2/17/2015

Richard W. Wieking
Clerk, United States District Court

B *(signature)*

Gloria Knudson, Deputy Clerk to the
Honorable NANDOR J. VADAS

2