UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

MICHAEL ROMERO,

    Plaintiff,

  v.

S. S. ELLERY, et al.,

    Defendants.

Case No.  12-cv-01084-WHO   (NJV)

**REPORT OF PRO SE PRISONER EARLY SETTLEMENT PROCEEDING**

A settlement conference was held on February 20, 2015 at Pelican Bay State Prison, and the results of that proceeding are indicated below:

(1) The following individuals, parties, and/or representatives participated in the proceeding, and each possessed the requisite settlement authority:

( X )  Plaintiff, Michael Romero Pro Se

(  )  Warden or warden's representative

( X)  Office of the California Attorney General, Donn Robert Duncan II

(X )  Other:  California Department of Corrections and Rehabilitation representative, Patricia Lee

(2) The following individuals, parties, and/or representatives did not appear:

_____

(3)  The outcome of the proceeding was:

(  )  The case has been completely settled.  The parties agree that a proposed stipulated order for dismissal of this case will be filed with the Court on _____.

(  )  The case has been partially resolved and counsel for defendants shall file a joint stipulation regarding those claims which have been resolved.  The issues outlined on the sheet

1 | attached remain for this Court to resolve.

2 | ( X ) The parties are unable to reach an agreement at this time.

3 | **IT IS SO ORDERED.**

4 | Dated: March 25, 2015

_____
NANDOR J. VADAS
United States Magistrate Judge

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| MICHAEL ROMERO,<br><br>            Plaintiff,<br><br>       v.<br><br>S. S. ELLERY, et al.,<br><br>            Defendants. | Case No.  12-cv-01084-WHO   (NJV)<br><br>**CERTIFICATE OF SERVICE** |

   I, the undersigned, hereby certify that I am an employee in the Office of the Clerk, U.S. District Court, Northern District of California.

   That on 3/25/2015, I SERVED a true and correct copy(ies) of the attached, by placing said copy(ies) in a postage paid envelope addressed to the person(s) hereinafter listed, by depositing said envelope in the U.S. Mail, or by placing said copy(ies) into an inter-office delivery receptacle located in the Clerk's office.

Michael Romero ID: K-29169
Pelican Bay State Prison D4-106
P.O. Box 7500
Crescent City, CA 95532

Dated: 3/25/2015

Richard W. Wieking
Clerk, United States District Court

By:_ [signature]
Glori

Honorable NANDOR J. VADAS

3