UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

MICHAEL ROMERO,

    Plaintiff,

  v.

S. S. ELLERY, et al.,

    Defendants.

Case No.  12-cv-01084-WHO   (NJV)

**REPORT OF PRO SE PRISONER EARLY SETTLEMENT PROCEEDING**

    A settlement conference was held on February 20, 2015 at Pelican Bay State Prison, and the results of that proceeding are indicated below:

(1) The following individuals, parties, and/or representatives participated in the proceeding, and each possessed the requisite settlement authority:

    ( X ) Plaintiff, Michael Romero Pro Se

    (  ) Warden or warden's representative

    ( X) Office of the California Attorney General, Donn Robert Duncan II

    (X ) Other:  California Department of Corrections and Rehabilitation representative, Patricia Lee

(2) The following individuals, parties, and/or representatives did not appear:

_____

(3) The outcome of the proceeding was:

    ( ) The case has been completely settled.  The parties agree that a proposed stipulated order for dismissal of this case will be filed with the Court on _____.

    ( ) The case has been partially resolved and counsel for defendants shall file a joint stipulation regarding those claims which have been resolved.  The issues outlined on the sheet

1   attached remain for this Court to resolve.

2   ( X ) The parties are unable to reach an agreement at this time.

3   **IT IS SO ORDERED.**

4   Dated: March 25, 2015

    _____
    NANDOR J. VADAS
    United States Magistrate Judge

# UNITED STATES DISTRICT COURT

# NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| MICHAEL ROMERO,<br><br>　　　　Plaintiff,<br><br>　　v.<br><br>S. S. ELLERY, et al.,<br><br>　　　　Defendants. | Case No.  12-cv-01084-WHO   (NJV)<br><br>**CERTIFICATE OF SERVICE** |

　　I, the undersigned, hereby certify that I am an employee in the Office of the Clerk, U.S. District Court, Northern District of California.

　　That on 3/25/2015, I SERVED a true and correct copy(ies) of the attached, by placing said copy(ies) in a postage paid envelope addressed to the person(s) hereinafter listed, by depositing said envelope in the U.S. Mail, or by placing said copy(ies) into an inter-office delivery receptacle located in the Clerk's office.

Michael Romero ID: K-29169
Pelican Bay State Prison D4-106
P.O. Box 7500
Crescent City, CA 95532

Dated: 3/25/2015

　　　　　　　　　　　　　　　　　　Richard W. Wieking
　　　　　　　　　　　　　　　　　　Clerk, United States District Court

　　　　　　　　　　　　　　　　　　By: _[signature]_
　　　　　　　　　　　　　　　　　　Gloria
　　　　　　　　　　　　　　　　　　Honorable NANDOR J. VADAS