UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

MICHAEL ROMERO,

    Plaintiff,

    v.

S. S. ELLERY, et al.,

    Defendants.

Case No. 12-cv-01084-WHO (PR)

**ORDER APPOINTING COUNSEL**

The Court having determined that it would be beneficial to have counsel assist plaintiff Michael Romero in this matter and having located volunteer counsel willing to be appointed to represent him, it is hereby ordered that James Isbester, Jordan Jones, and Ben Kleinman-Green of Kilpatrick Townsend & Stockton LLP are appointed as counsel for all purposes for Romero in this matter pursuant to 28 U.S.C. § 1915(e)(1) and the Court's Federal Pro Bono Project guidelines.

All further proceedings are STAYED for four weeks from the date of this order. A trial date has not yet been set in this action. Counsel is requested to file a notice of appearance within two weeks from the date of this order. Counsel shall be familiar with General Order No. 25 and the Federal Pro Bono Project Guidelines posted on the Court's website.

The Clerk shall send a copy of this Order to James Isbester, Jordan Jones, and Ben Kleinman-Green of Kilpatrick Townsend & Stockton LLP, Two Embarcadero Center, Eighth Floor, San Francisco, CA 94111. The Clerk shall also send a copy of this order to Romero and defendants' counsel.

**IT IS SO ORDERED.**

**Dated:** May 8, 2015



WILLIAM H. ORRICK
United States District Judge