| | |
|---|---|
| KILPATRICK TOWNSEND & STOCKTON LLP<br>A. JAMES ISBESTER (SBN 129820)<br>BENJAMIN M. KLEINMAN-GREEN (SBN 261846)<br>Eighth Floor, Two Embarcadero Center<br>San Francisco, CA 94111<br>Telephone: 415 576 0200<br>Facsimile: 415 576 0300<br>Email: jisbester@kilpatricktownsend.com;<br>       bkleinman-green@ kilpatricktownsend.com<br><br>KILPATRICK TOWNSEND & STOCKTON LLP<br>JORDAN TRENT JONES (SBN 166600)<br>1080 Marsh Road<br>Menlo Park, CA 94025<br>Telephone: 650 326 2400<br>Facsimile: 650 326 2422<br>Email: jtjones@kilpatricktownsend.com<br><br>Attorneys for Plaintiff<br>MICHAEL ROMERO | KAMALA D. HARRIS<br>Attorney General of California<br>DANIELLE F. O'BANNON<br>Supervising Deputy Attorney General<br>D. ROBERT DUNCAN (SBN 161918)<br>Deputy Attorney General<br>455 Golden Gate Avenue, Suite 11000<br>San Francisco, CA 94102<br>Telephone: 415-703-5500<br>Facsimile: 415-703-5480<br>Email: Robert.duncan@doj.ca.gov<br><br>Attorneys for Defendants<br>S. ELLERY, P. HARMAN and B. GRENERT |

# UNITED STATES DISTRICT COURT

## FOR THE NORTHERN DISTRICT OF CALIFORNIA

### SAN FRANCISCO DIVISION

| | |
|---|---|
| MICHAEL ROMERO,<br><br>　　　　　Plaintiff,<br><br>　　v.<br><br>S. S. ELLERY, et al.,<br><br>　　　　　Defendants. | Civil Action No. 3:12-cv-01084 (WHO)(PR)<br><br>**JOINT STIPULATION AND ORDER EXTENDING CASE SCHEDULE** |



The parties jointly request and agree to stipulate to a revised schedule in this matter, as presented below. The parties have been cooperatively progressing discovery in this matter. They jointly request the below modifications in order to address the logistics of prison-related discovery, including conducting depositions of inmates and corrections officers who are now dispersed throughout California.

| EVENT | CURRENT STRUCTURE | JOINT PROPOSAL |
|---|---|---|
| Close of Fact Discovery | November 20, 2015 | December 22, 2016 |
| Initial Expert Reports | January 14, 2016 | February 11, 2016 |
| Rebuttal Expert Reports | February 11, 2016 | March 10, 2016 |
| Close of Expert Discovery | March 10, 2016 | April 7, 2016 |
| Dispositive Motions | April 27, 2016 | May 12, 2016 |
| Oppositions to Dispositive Motions | May 11, 2016 | May 26, 2016 |
| Replies to Oppositions | May 18, 2016 | June 2, 2016 |
| Dispositive Motion Hearing | June 1, 2016 | June 15, 2016<br>Or at Court's convenience |
| Pretrial Conference | August 15, 2016 | August 15, 2016 |
| Trial | September 12, 2016 | September 12, 2016 |

DATED: November 4, 2015   Respectfully submitted,

KILPATRICK TOWNSEND & STOCKTON LLP


By: */s/ Benjamin M. Kleinman-Green*
    BENJAMIN M. KLEINMAN-GREEN

Attorneys for Plaintiff
Michael Romero



JOINT STIPULATION AND ORDER EXTENDING CASE SCHEDULE                1
CASE NO. 3:12-CV-01084 (WHO)

1  DATED:  November 6, 2015       Respectfully submitted,

2                                 CALIFORNIA DEPARTMENT OF JUSTICE
                                  OFFICE OF THE ATTORNEY GENERAL
3

4
                                  By: */s/ D. Robert Duncan*
5                                     D. ROBERT DUNCAN

6                                 Attorneys for Defendants
                                  S. ELLERY, P. HARMAN AND B. GRENERT
7

8

9                          **FILER'S ATTESTATION**

10       Pursuant to Civil L.R. 5-1(i)(3) regarding signatures, I, Benjamin M. Kleinman-Green,

11  attest that concurrence in the filing of the document has been obtained from the other signatory.  I

12  declare under penalty of perjury under the laws of the United States of America that the foregoing

13  is true and correct.  Executed this 4th day of November, 2015, at San Francisco, California.

14

                                      */s/ Benjamin M. Kleinman-Green*
15                                     BENJAMIN M. KLEINMAN-GREEN

16

17

18

19                                 **ORDER**

20
    **IT IS SO ORDERED.**
21

22

23

24  Dated: November 9, 2015

                                      The Honorable William H. Orrick
25                                    United States District Court Judge

26

27

28
    67842881V.1



JOINT STIPULATION AND ORDER EXTENDING CASE SCHEDULE                                            2
CASE NO. 3:12-CV-01084 (WHO)