| | |
|---|---|
| KILPATRICK TOWNSEND & STOCKTON LLP<br>A. JAMES ISBESTER (SBN 129820)<br>BENJAMIN M. KLEINMAN-GREEN (SBN 261846)<br>Two Embarcadero Center, Suite 1900<br>San Francisco, CA 94111<br>Telephone:  415 576 0200<br>Facsimile:   415 576 0300<br>Email: jisbester@kilpatricktownsend.com;<br>         bkleinman-green@ kilpatricktownsend.com<br><br>KILPATRICK TOWNSEND & STOCKTON LLP<br>JORDAN TRENT JONES (SBN 166600)<br>1080 Marsh Road<br>Menlo Park, CA  94025<br>Telephone:  650 326 2400<br>Facsimile:   650 326 2422<br>Email: jtjones@kilpatricktownsend.com<br><br>Attorneys for Plaintiff<br>MICHAEL ROMERO | KAMALA D. HARRIS<br>Attorney General of California<br>DANIELLE F. O'BANNON<br>Supervising Deputy Attorney General<br>ROBERT W. HENKELS (SBN 255410)<br>Deputy Attorney General<br>455 Golden Gate Avenue, Suite 11000<br>San Francisco, CA 94102<br>Telephone:   415-703-5500<br>Facsimile:    415-703-5480<br>Email: robert.henkels@doj.ca.gov<br><br>Attorneys for Defendants<br>S. ELLERY, P. HARMAN and B. GRENERT |

# UNITED STATES DISTRICT COURT

## FOR THE NORTHERN DISTRICT OF CALIFORNIA

### SAN FRANCISCO DIVISION

| | |
|---|---|
| MICHAEL ROMERO,<br><br>     Plaintiff,<br><br>v.<br><br>S. ELLERY, et al.,<br><br>     Defendants. | Civil Action No. 3:12-cv-01084 (WHO)(PR)<br><br>**STIPULATED AMENDMENT TO DISPOSITIVE MOTION BRIEFING SCHEDULE AND ORDER** |

Due to an issue at California State Prison, Solano, counsel for Mr. Romero was unable to meet with Mr. Romero during a previously scheduled visit. The parties agree that Mr. Romero should be afforded the opportunity to meet with his counsel prior to the filing of any opposition to Defendants' pending dispositive motion and thereby stipulate, by and through their respective counsel, to the following amended briefing schedule:

///



STIPULATED AMENDMENT TO DISPOSITIVE MOTION BRIEFING SCHEDULE AND ORDER
CASE NO. 3:12-CV-01084 (WHO)

1

| | |
|---|---|
| Opposition to Defendants' dispositive motion | June 30 (changed from June 23) |
| Defendants' reply in support of their dispositive motion | July 7 (changed from June 30) |
| Hearing on Defendants' dispositive motions | July 20 (unchanged) |

The parties respectfully request that the Court execute the proposed order below.

DATED: June 21, 2016         Respectfully submitted,

KILPATRICK TOWNSEND & STOCKTON LLP

By: */s/ Benjamin M. Kleinman-Green*
　　BENJAMIN M. KLEINMAN-GREEN

Attorneys for Plaintiff
MICHAEL ROMERO


DATED: June 21, 2016         Respectfully submitted,

CALIFORNIA DEPARTMENT OF JUSTICE
OFFICE OF THE ATTORNEY GENERAL

By: */s/ Robert W. Henkels*
　　ROBERT W. HENKELS

Attorneys for Defendants
S. ELLERY, P. HARMAN AND B. GRENERT


### FILER'S ATTESTATION

Pursuant to Civil L.R. 5-1(i)(3) regarding signatures, I, Benjamin M. Kleinman-Green, attest that concurrence in the filing of the document has been obtained from the other signatory. I declare under penalty of perjury under the laws of the United States of America that the foregoing is true and correct. Executed this 21st day of June, 2016, at San Francisco, California.

　　　　　　　　　　　　　　　　　　　　　　　*/s/ Benjamin M. Kleinman-Green*
　　　　　　　　　　　　　　　　　　　　　　　BENJAMIN M. KLEINMAN-GREEN

1 | **ORDER**
2 |
3 | PURSUANT TO STIPULATION, **IT IS SO ORDERED.**
4 |
5 |
6 | Dated: June 21, 2016
7 |                                                   The Honorable William H. Orrick
                                                      United States District Court Judge

