UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

MICHAEL ROMERO,

    Plaintiff,

    v.

S. S. ELLERY, et al.,

    Defendants.

Case No. 12-cv-01084-WHO

**ORDER OF DISMISSAL UPON SETTLEMENT**

Re: Dkt. No. 101

    The parties to the action, by and through their counsel, agreed to settlement in full of this matter at Settlement Conference conducted September 8, 2016.

    IT IS ORDERED that this matter is DISMISSED WITH PREJUDICE and any hearings scheduled in this matter are VACATED. It is further ordered that if any party certifies to this Court, with proper notice to opposing counsel within forty-five (45) days from the date below, that settlement has not in fact occurred, this order shall be vacated and this cause shall be restored to the calendar for further proceedings. **IT IS SO ORDERED**.

Dated: October 19, 2016

_____
WILLIAM H. ORRICK
United States District Judge